IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00841–LTB–KMT

NO REGRETS PROPERTIES, INC., and
RICHARD A. GODLEY, SR.,

    Plaintiffs,

v.

NEIGHBORHOOD SPORTS PUB CONCEPTS, INC.,

    Defendant.

## ORDER

    This matter is before the court on a review of the "Response to Order to Show Cause" filed April 25, 2011. (Doc. No. 7.) The Response was filed on behalf of Comprehensive Marketing Service and signed by Peter B. Crouse, President, appearing *pro se*. (*Id.*)

    It is a "long-standing rule that a corporation must be represented by an attorney to appear in federal court." *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) (footnote and citations omitted). A corporation cannot appear through a non-attorney corporate officer appearing *pro se*. *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001). Accordingly, it is

    ORDERED that the Comprehensive Marketing Service shall obtain counsel to appear at the Show Cause Hearing set for May 5, 2011. Mr. Crouse is advised he <u>may not</u> appear on behalf of the at the Comprehensive Marketing Service at the Show Cause Hearing. It is further

ORDERED that any additional documents filed by Mr. Crouse on behalf of Comprehensive Marketing Service will be stricken.

Dated this 26th day of April, 2011.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge