IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00841–LTB–KMT

NO REGRETS PROPERTIES, INC., and
RICHARD A. GODLEY, SR.,

    Plaintiffs,

v.

NEIGHBORHOOD SPORTS PUB CONCEPTS, INC.,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Upon review of the docket and Plaintiff's Status Report (Doc. No. 20), the court finds Plaintiffs have been untimely in complying with this court's orders to provide status reports and does not appear to be diligent in digesting the thousands of pages of documents that were provided sometime before May 4, 2011, by Comprehensive Marketing Service on in response to the subpoena at issue. Based on the last status report (Doc. No. 17), the Plaintiffs are no longer waiting on any document production, but simply complain that they have not received a certification from Comprehensive Marketing Service that certain additional documents are not in the possession of the interested party. It appears there has been compliance with the subpoena. Accordingly, Plaintiff's "Motion to Enforce Subpoena, Show Cause and Issue Contempt Citation" (Doc. No. 1, filed April 1, 2011) is DENIED.

Dated: July 1, 2011